UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DAVID FORTNEY, | ) Case No. 2:20-cv-04646 |
| Plaintiff, | ) |
| | ) Judge James L. Graham |
| v. | ) |
| | ) Magistrate Judge Elizabeth Preston |
| PILOT TRAVEL CENTERS, LLC, | ) Deavers |
| Defendant. | ) **ORDER** |

THIS CAUSE having come before the court on the Joint Motion for Approval of Settlement, including the Confidential Agreement of Settlement and Release ("Settlement"), and due cause appearing therefore, it is hereby ORDERED AND ADJUDGED as follows:

On September 4, 2020, Plaintiff David Fortney initiated this collective action against Defendant as a result of Defendant's alleged practices and policies of automatically deducting meal periods in violation of the Fair Labor Standards Act ("FLSA") ("Count I"), unpaid overtime under Ohio Rev. Code § 4111.03 ("Count II"), Ohio Prompt Pay Act violations under Ohio Rev. Code § 4113.15 ("Count III"), damages under Ohio Rev. Code § 2307.60 ("Count IV"), recordkeeping violations under § 4111.08 ("Count V"), and workers compensation retaliation under Ohio Rev. Code § 4123.90 ("Count VI").

Between September 2020 and April 2021, the parties engaged in an informal yet comprehensive exchange of information regarding Plaintiff's claims and Defendant's defenses to such claims.

3. The parties agreed to participate in mediation. But in an effort to reach a compromise and to avoid the expense and burden of continued litigation, the Parties reached an

agreement prior to mediation, on the terms set forth in Exhibit 1 of the Parties' Joint Motion for Approval of Settlement.

      4.      The Court hereby accepts and approves the proposed settlement and holds that the proposed settlement submitted by the Parties is a fair and reasonable settlement of a bona fide dispute over the provisions of the Fair Labor Standards Act.

      5.      The Court orders that the settlement payments be distributed in the manner, and subject to the terms and conditions, set forth in the Settlement.

      6.      Count I, Count II, Count III, Count IV, and Count V of the above case are hereby dismissed with prejudice; each party to bear his or its own attorneys' fees and costs except as otherwise provided by the Settlement. The Court shall retain jurisdiction to enforce the terms of the Settlement.

      7.      Plaintiff will dismiss Count VI with prejudice subject to the terms and conditions of the separate confidential agreement reached by the parties with respect to Count VI.

ORDERED this __7th__ day of June, 2021.

                                            /s/ James L. Graham  
                                            HONORABLE JAMES L. GRAHAM