AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| David Fortney, ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 2:20-cv-4646 |
| Pilot Travel Centers, LLC, ) | |
| *Defendant* ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

X Plaintiff's claims are dismissed with prejudice.
X
☐ other: _____

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____ .

Date:   Jun 7, 2021                    CLERK OF COURT

                                       s/Denise M. Shane
                                       *Signature of Clerk or Deputy Clerk*